IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA, LLC,<br>            Plaintiff,<br>    v.<br><br>ZHONE TECHNOLOGIES, INC.<br>            Defendant. | Civil Action No. 13-cv-1836-RGA |
| TQ DELTA, LLC,<br>            Plaintiff,<br>    v.<br><br>ZYXEL COMMUNICATIONS, INC.<br>and<br>ZYXEL     COMMUNICATIONS<br>CORPORATION,<br>            Defendants. | Civil Action No. 13-cv-2013-RGA |
| TQ DELTA, LLC,<br>            Plaintiff,<br>    v.<br><br>ADTRAN, INC.<br>            Defendant. | Civil Action No. 14-cv-954-RGA |
| ADTRAN, INC,<br>            Plaintiff,<br>    v.<br><br>TQ DELTA, LLC.<br>            Defendant. | Civil Action No. 15-cv-121-RGA |

## **FAMILY 8 PATENT JOINT CLAIM CONSTRUCTION CHART**

Pursuant to ¶ 9 of the Court's Third and Final Scheduling Order, dated April 10, 2017, Plaintiff TQ Delta, LLC and Defendants in the above-captioned cases submit their Joint Claim Construction Chart ("Chart") for the Family 8 Patent (U.S. Patent No. 7,796,705 ("the '705 patent")).[1] The Chart attached as Exhibit A includes the parties' respective proposed constructions of the disputed language of the asserted claims of the Family 8 Patent. The Chart includes citations to the parties' intrinsic evidence in support of such constructions. For the

---

[1] The Family 8 Patent is not asserted against 2Wire LLC.

Court's reference, also included in Exhibit A are the parties' agreed to constructions for language of the asserted claims. The parties reserve their rights to amend and/or supplement their disclosures.

In addition to the Joint Claim Construction Chart attached as Exhibit A, a copy of the Family 8 Patent and additional portions of the intrinsic record are attached as Exhibit B-E:

| Exhibit | Description |
|---|---|
| B | '705 patent |
| C | Prosecution History of '705 patent, Written Opinion of the International Searching Authority dated Feb. 8, 2006 |
| D | U.S. Provisional Application No. 60,619,618 |
| E | Prosecution History of Application No. 12/769,747, Notice of Allowance dated Aug. 18, 2014; Comments on Statement of Reasons for Allowance dated Nov. 3, 2014 |

| | |
|---|---|
| Dated:  September 22, 2017 | Respectfully submitted, |
| FARNAN LLP | SEITZ, VAN OGTROP & GREEN, P.A. |
| */s/ Michael J. Farnan* <br> Michael J. Farnan (#5165) <br> Brian E. Farnan  (#4089) <br> 919 North Market Street, 12th Floor <br> Wilmington, DE  19801 <br> (302) 777-0300 <br> (302) 777-0301 (Fax) <br> mfarnan@farnanlaw.com <br> bfarnan@farnanlaw.com | */s/ Jared T. Green* <br> James S. Green, Sr. (#481) <br> Jared T. Green (#5179) <br> 222 Delaware Avenue, Suite 1500 <br> Wilmington, DE  19801 <br> (302) 888-0600 <br> (302) 888-0606 <br> jgreen@svglaw.com <br> jtgreen@svglaw.com |
| *Attorneys for Plaintiff TQ Delta, LLC* | *Attorneys for Defendant Zhone Technologies, Inc.* |
| | MORRIS JAMES LLP |
| | */s/ Kenneth L. Dorsney* <br> Kenneth L. Dorsney (#3726) <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, DE  19801 <br> (302) 888-6800 <br> (302) 571-1750 <br> kdorsney@morrisjames.com |
| | *Attorneys for Defendants ZyXEL Communications, Inc., ZyXEL Communications Corporation, and ADTRAN, Inc.* |