IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA, LLC,<br>　　　　Plaintiff,<br>　v.<br>ZHONE TECHNOLOGIES, INC.<br>　　　　Defendant. | Civil Action No. 13-cv-1836-RGA |
| TQ DELTA, LLC,<br>　　　　Plaintiff,<br>　v.<br>ZYXEL COMMUNICATIONS, INC. and<br>ZYXEL COMMUNICATIONS CORPORATION,<br>　　　　Defendants. | Civil Action No. 13-cv-2013-RGA |
| TQ DELTA, LLC,<br>　　　　Plaintiff,<br>　v.<br>ADTRAN, INC.<br>　　　　Defendant. | Civil Action No. 14-cv-954-RGA |
| ADTRAN, INC,<br>　　　　Plaintiff,<br>　v.<br>TQ DELTA, LLC.<br>　　　　Defendant. | Civil Action No. 15-cv-121-RGA |

## **FAMILY 9 PATENTS JOINT CLAIM CONSTRUCTION CHART**

Pursuant to ¶ 9 of the Court's Third and Final Scheduling Order, dated April 10, 2017, Plaintiff TQ Delta, LLC and Defendants in the above-captioned cases submit their Joint Claim Construction Chart ("Chart") for the Family 9 Patents (U.S. Patent Nos. 8,335,956 ("the '956 patent"), 8,407,546 ("the '546 patent"), 8,468,411 ("the '411 patent"), 8,595,577 ("the '577 patent"), and 8,645,784 ("the '784 patent")). The Chart attached as Exhibit A includes the parties' respective proposed constructions of the disputed language of the asserted claims of the Family 9 Patents. The Chart includes citations to the parties' intrinsic evidence in support of

such constructions.  For the Court's reference, also included in Exhibit A are the parties' agreed to constructions for language of the asserted claims.  The parties reserve their rights to amend and/or supplement their disclosures.

In addition to the Joint Claim Construction Chart attached as Exhibit A, copies of the Family 9 Patents are attached as Exhibits B–F:

| Exhibit | Description |
|---|---|
| B | '956 patent |
| C | '546 patent |
| D | '411 patent |
| E | '577 patent |
| F | '784 patent |

| | |
|---|---|
| Dated: October 2, 2017 | Respectfully submitted, |
| FARNAN LLP | SEITZ, VAN OGTROP & GREEN, P.A. |
| /s/ Michael J. Farnan<br>Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street, 12th Floor<br>Wilmington, Delaware 19801<br>(302) 777-0300<br>(302) 777-0301 (Fax)<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | */s/ Jared T Green*<br>James S. Green, Sr. (#481)<br>Jared T. Green (#5179)<br>222 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-0600<br>(302) 888-0606<br>jgreen@svglaw.com<br>jtgreen@svglaw.com |
| *Counsel for Plaintiff TQ Delta, LLC* | *Attorneys for Defendant Zhone Technologies, Inc.* |
| MORRIS JAMES LLP | MORRIS JAMES LLP |
| /s/ Kenneth L. Dorsney<br>Kenneth L. Dorsney (Bar No. 3726)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware 19801<br>(302) 888-6800<br>kdorsney@morrisjames.com | /s/ Kenneth L. Dorsney<br>Kenneth L. Dorsney (Bar No. 3726)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware 19801<br>(302) 888-6800<br>kdorsney@morrisjames.com |
| *Attorneys for Defendants Zyxel Communications Inc. et. al.* | *Attorneys for Defendant Adtran Inc.* |